UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TIMOTHY THIBODEAU,                         :
                                           :
              Plaintiff,                   :
                                           :
v.                                         :     No. 3:10-cv-01647-JBA
                                           :
DIVERSIFIED COLLECTION                     :
SERVICES INC.,                             :     STIPULATION OF DISMISSAL
                                           :     WITH PREJUDICE
              Defendant.                   :
                                           :

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,                             THE DEFENDANT,
TIMOTHY THIBODEAU                          DIVERSIFIED COLLECTION
                                           SERVICES, INC.

By: _____              By: _____
    Daniel S. Blinn (ct02188)                  Jonathan D. Elliot (ct05762)
    Consumer Law Group, LLC                    Zeldes, Needle & Cooper, P.C.
    35 Cold Spring Road, Ste. 512              1000 Lafayette Boulevard
    Rocky Hill, CT 06067                       Bridgeport, CT 06604
    Tel: 860-571-0408                          Tel:   203-333-9441
    Fax: 888-522-1692                          Fax:   203-333-1489
    dblinn@consumerlawgroup.com                E-Mail: jelliot@znclaw.com

    Her Attorney                               Its Attorneys

So Ordered: _____          Dated: